**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal No. 10-320 (SRC) |
| Plaintiff, : | |
| : | **OPINION & ORDER** |
| v. : | |
| : | |
| MADELINE WRIGHT, : | |
| : | |
| Defendant. : | |

**CHESLER**, District Judge

    This matter comes before the Court on two motions by Defendant Madeline Wright : 1) the motion for reconsideration of this Court's Order of December 2, 2010, which denied Defendant's motion to amend the Judgment; and 2) the motion to modify the conditions of home confinement. For the reasons stated below, both motions will be denied.

    On October 22, 2010, this Court entered Judgment in this case. On November 16, 2010, Defendant moved to amend the Judgment, arguing inability to pay the restitution Ordered in the Judgment. On December 2, 2010, this Court entered an Order which denied Defendant's motion to amend the Judgment. Defendant now seeks reconsideration of this Order.

    The *pro se* Defendant asserts that she seeks relief pursuant to the Federal Rules of Civil Procedure. The Federal Rules of Civil Procedure do not apply in this criminal case. Defendant cites no rule of criminal procedure which authorizes a motion for reconsideration, nor is this Court aware of one. This Court, moreover, is still not satisfied that Defendant is without the wherewithal to make the lump sum payment of $30,000 in restitution required by the Judgment.

The motion for reconsideration must be denied.

Defendant has not disputed the contention of the United States that, because Defendant is now incarcerated, the motion to modify the conditions of home confinement should be denied as moot.

For these reasons,

**IT IS** on this 13th day of October, 2011

**ORDERED** that Defendant's motion for reconsideration of this Court's Order of December 2, 2010 (Docket Entry No. 16) is **DENIED**; and it is further

**ORDERED** that Defendant's motion to modify the conditions of home confinement (Docket Entry No. 17) is **DENIED** as moot.

                                                s/ Stanley R. Chesler
                                                STANLEY R. CHESLER
                                                United States District Judge